**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| EDGEWATER MEDICAL CENTER | ) | Chapter 11 |
| | ) | Case No. 02 B 07378 |
| Debtor. | ) | Honorable Bruce W. Black |
| | ) | |
| EDGEWATER MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 15-00664 |
| | ) | |
| v. | ) | |
| | ) | |
| MCZ Edgewater, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.B.P. 7041 AND F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice against the defendant MCZ Edgewater, LLC pursuant to Fed. R. Bankr. P. 7041 and Fed. R Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| /s/Gabriel Aizenberg | /s/Jerry Switzer |
| Scott Mendeloff | Jerry Switzer, Jr. |
| Gabriel Aizenberg | Polsinelli |
| Greenberg Traurig, LLP | 161 N. Clark Street, Suite 4200 |
| 77 West Wacker Drive, Suite 3100 | Chicago, IL 60601 |
| Chicago, IL 60601 | (312) 819-1900 |
| (312) 456-8400 | |
| | |
| *On behalf of Plaintiff Edgewater Medical Center* | *On behalf of Defendant MCZ Edgewater, LLC* |